**CIRCUIT COURT FOR WICOMICO COUNTY,
MARYLAND**
101 North Division Street, P.O. Box 198
Salisbury, Maryland 21801

Fax: 410-546-8590

**To:** OLLIE'S BARGAIN OUTLET, INC.
6295 ALLENTOWN BOULEVARD
SUITE 1
HARRISBURG, PA 17112

SERVE: CSC- Lawyers Incorporating Service Co.
7 ST PAULT STREET, SUITE 820
BALTIMORE, MD 21202

|  |  |
|---|---|
| **Case Number:** | C-22-CV-22-000228 |
| **Other Reference Number(s):** |  |
| **Child Support Enforcement Number:** |  |

**ALEXIS GUERRERO VS. OLLIE'S BARGAIN OUTLET, INC.**

Issue Date: 6/30/2022

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

ALEXIS GUERRERO
30234 Stoneybrooke Drive
Salisbury, MD 21804

This summons is effective for service only if served within 60 days after the date it is issued.

*James B. McAllister (signature)*

James B. McAllister
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Alexis Guerrero vs. Ollie's Bargain Outlet, Inc.

**Circuit Court for Wicomico County**
**Case Number: C-22-CV-22-000228**

## SHERIFF'S RETURN
### (please print)

To: OLLIE'S BARGAIN OUTLET, INC.

_____ ID# _____ of the _____
        Serving Sheriff's Name

County Sheriff's office present to the court that I:

      (1) Served _____
                              Name of person served

on _____ at _____
            Date of service                                Location of service

_____ by _____ with the following:
                                          Manner of service

            ☐ Summons                   ☐ Counter-Complaint

            ☐ Complaint                ☐ Domestic Case Information Report

            ☐ Motions                   ☐ Financial Statement

            ☐ Petition and Show Cause Order     ☐ Interrogatories

            ☐ Other _____
                                    Please specify

      (2) Was unable to serve because:
            ☐ Moved left no forwarding address     ☐ No such address

            ☐ Address not in jurisdiction        ☐ Other _____
                                                              Please specify

Sheriff fee: $ _____     ☐ waived by _____

                     _____    _____
                                          Date       Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:

1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

| | | |
|---|---|---|
| **ALEXIS GUERRERO** | * | **IN THE CIRCUIT COURT** |
| 30234 Stoneybrooke Drive | | |
| Salisbury, MD 21804 | * | **FOR WICOMICO COUNTY** |
| | * | **STATE OF MARYLAND** |
| *Plaintiff,* | * | **CASE NO.**_____ |
| **v.** | * | |
| **OLLIE'S BARGAIN OUTLET, INC.,** | * | * |
| 6295 Allentown Boulevard, Suite 1 | | |
| Harrisburg, PA 17112 | * | |
| Serve: CSC-Lawyers Incorporating Service Co. | * | |
|        7 St. Paul Street, Suite 820 | | |
|        Baltimore, MD 21202 | * | |
| *Defendant.* | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## COMPLAINT

Plaintiff Alexis Guerrero ("Mr. Guerrero") through counsel makes this Complaint against Ollie's Bargain Outlet, Inc. ("Ollie's"), after he was assaulted by an Ollie's employee with a seven-inch knife because he is Dominican-American.  Mr. Guerrero and his sister, Melida Guerrero ("Mrs. Guerrero"), were the victims of a violent, racially-motivated assault by Richard Murray ("Mr. Murray"), an Ollie's employee, while shopping at the Ollie's in Salisbury, Maryland.  Mr. Guerrero brings suit against Ollie's under the common law of Maryland for negligent supervision and negligent retention. Mr. Guerrero seeks declaratory and injunctive relief, awards of compensatory and punitive damages, and attorneys' fees and costs.

## JURISDICTION AND VENUE

1

1.      This Court has jurisdiction pursuant to Court and Judicial Proceedings ("CJ") Article, § 1-501, conferring jurisdiction over civil cases within county boundaries upon Circuit Courts.

2.      This Court has personal jurisdiction over the State pursuant to CJ § 6-103(b)(1), authorizing this Court to exercise personal jurisdiction over a person who transacts business in this State.

3.      Venue lies in this Court pursuant to CJ § 6-201, providing a civil action shall be brought in the County where the defendant carries on a regular business.

## THE PARTIES

1.      Mr. Guerrero is a resident of Salisbury, Wicomico County, Maryland. He is Black; he was born in the Dominican Republic. He moved to Salisbury as a youth and he is a permanent resident of the United States.

2.      Ollie's is a Pennsylvania corporation licensed to do business in this State and owns and operates a store in Salisbury, Wicomico County, Maryland.

3.      At all times relevant to this Complaint, Ollie's was Mr. Murray's employer. Mr. Murray is a White male and fifty-two years of age.

## FACTS COMMON TO ALL COUNTS

1.      On June 6, 2020, at approximately 4:00 p.m., Mr. Guerrero and his sister were shopping at Ollie's for ceramic flower pots.

2.      Ollie's displayed a number of flower pots in the outdoor area in front of the store.

2

3.      After locating one suitable pot in that outdoor area, Mr. Guerrero and his sister looked for a matching pot.

4.      As they searched, an Ollie's employee, later identified as Mr. Murray, brought a pallet of flower pots to the outside area.

5.      Instead of unpacking the pots, Mr. Murray moved away from the pots and stood.

6.      Mr. Guerrero then walked up to the pallet to search for a matching pot and found one. He called to his sister, "There is another one here" and began taking off the yellow plastic string around the pots to get to the matching pot.

7.      Instead of asking whether Mr. Guerrero needed help, Mr. Murray pulled out a knife with a large seven-inch blade and started jabbing it towards Mr. Guerrero and yelling, "Hey you! You cannot touch that! Move over there!"

8.      Mr. Guerrero immediately backed away from the pots in fear of the knife.

9.      Mr. Murray then moved toward the pallets while staring Mr. Guerrero down and began aggressively cutting the yellow plastic string.

10.     Mr. Guerrero did not move or say anything. He waited as Mr. Murray unwrapped the pallet so he could get the pot he wanted to purchase. This apparently enraged Mr. Murray further, who stood up, walked toward Mr. Guerrero with his arm outstretched and the blade of the knife pointed toward Mr. Guerrero's face, and yelled, "Get them pots over there."

11.     Attempting to diffuse the situation, Mr. Guerrero said calmly, "You just do your job because you probably had a bad day. My job was to come here and buy a pot."

12.     Still wielding the knife at Mr. Guerrero's face, Mr. Murray yelled, "Let me do my job."

13.     At this point, Mr. Guerrero went inside Ollie's to speak to the manager on duty.

3

14.     As Mr. Guerrero walked inside, Mr. Murray yelled at him, "Y'all motherfucker niggas![1] I will stab y'all. That's why this fucking country is the way it is! Go back to your fucking country. Go back to Haiti."

15.     Mr. Murray must have believed Mr. Guerrero was from Haiti based upon his Dominican accent, which he retains despite being a permanent resident of the United States for more than thirty years.

16.     Upon entering the store, Mr. Guerrero saw a cashier standing at a register. Mr. Guerrero told the cashier there was an employee outside who had just thrusted a large knife in his face, threatened to stab him, and screamed racial slurs at him.

17.     The cashier responded, "I know exactly who you're talking about, he is not supposed to have that knife."

18.     The knife wielded by Mr. Murray was not a box cutting knife. It looked to be a Bowie or large butcher knife.

19.     The cashier directed Mr. Guerrero to the manager, who she said was at the back of the store.

20.     Mr. Guerrero found the manager at the back of the store flirting with two women.

21.     Mr. Guerrero interrupted the manager's conversation with the women to report that one of his employees had pulled a knife on him and his sister and was hurling racial epithets.

22.     The manager, who only identified himself as "Mike G.," responded he would "Get to it when [he] had the chance," and turned his attention back to the two women.

23.     Seconds later, screams to "Call the cops!" could be heard from the front of the store.

---

[1] The repugnant language is reproduced verbatim for accuracy.

4

24.     Mr. Guerrero, followed by Mike G., raced toward the screams to find a number of bystanders surrounding his sister and Mr. Murray and yelling "Call the cops!".

25.     While Mr. Guerrero had gone to look for the manager, the situation had escalated. According to Mrs. Guerrero, Mr. Murray had lunged toward her with his knife and had yelled, "I will stab you fucking nasty bitch!"  Mr. Murray further threatened, "I have guns!" and "I will shoot you and I will shoot them," while pointing his knife at the onlookers, which had caused them to scream "Call the cops!". Mr. Murray also picked up a ceramic pot as if to throw it as Mrs. Guerrero.

26.     With tensions mounting, an Ollie's employee tried to usher Mr. Murray inside of the store, but Mr. Murray continued to yell, "Fuck you bitch! You motherfucking ass! Go back to your country you nasty ass Black bitch!"

27.     At this Mike G. finally intervened and walked Mr. Murray toward the back of the store.

28.     Meanwhile another Ollie's employee by the name of Martha Wynhman came to console Mr. Guerrero and his sister. According to Ms. Wynhman, Mr. Murray had been told not to use or bring that knife to work, but did it anyway.

29.     When police arrived approximately fifteen minutes later, Mike G., who had been holding Mr. Murray in the back office, walked Mr. Murray to his vehicle.  Mr. Murray got in his vehicle, did several "donuts" in front of the police, burnt his tires, and sped out of the parking lot.

30.     At no time did Mike G. apologize to Mr. Guerrero or his sister or acknowledge Mr. Murray had acted illegally.

31.     One of the onlookers recorded Mr. Murray leaving on Facebook Live and narrated the injustice she had witnessed calling her post, "Injustice anywhere is a threat to justice everywhere."

32.     Mrs. Guerrero pursued criminal charges against Mr. Murray, which resulted in his conviction of second-degree assault.

33.     As a result of the attack, Mr. Guerrero experienced emotional distress accompanied by physical symptoms.  Mr. Guerrero is a permanent resident of the United States; he pays taxes; and has worked his entire adult life.  He is a husband and father of two minor children.  The incident at Ollie's has caused Mr. Guerrero many sleepless nights worrying about his children. He never wants his children to be treated the way he was by Ollie's or Mr. Murray, or to be made to feel like a second-class citizen in the community in which they work, live, and contribute.

## COUNT I
## NEGLIGENT SUPERVISION

34.     The facts alleged are incorporated by reference.

35.     Ollie's had a duty to supervise Mr. Murray interacting with customers like Mr. Guerrero and his sister, and a duty to ensure the safety of its customers while they shopped.

36.     Ollie's knew that Mr. Murray brought a large Bowie or butcher knife to work and allowed him to do so even though Mr. Murray did not need the knife to effectuate his duties. Given the boldness and audaciousness in which Mr. Murray hurled racial slurs at Mr. Guerrero and his sister while they shopped, it is likely he has mistreated other Black shoppers.  Indeed, when Mr. Guerrero went to report the assault, the cashier knew Mr. Murray was involved without Mr. Guerrero saying his name or describing his appearance.

6

37.     Ollie's breached its duty to Mr. Guerrero by allowing him to continue carrying and using a Bowie or butcher knife at work and not adequately supervising Mr. Murray the day of the racially-motivated assault. Thus, Ollie's was aware of Mr. Murray's dangerous conduct but deliberately disregarded the foreseeable harm likely to result from that conduct.

38.     Ollie's breach of its duty to Mr. Guerrero was a proximate cause of the emotional distress suffered by Mr. Guerrero.

## COUNT II
## NEGLIGENT RETENTION

39.     The facts alleged are incorporated by reference.

40.     Ollie's had a duty to retain only competent, qualified, and safe employees.

41.     Ollie's breached its duty of retention to Mr. Guerrero by retaining Mr. Murray in its employ knowing Mr. Murray was bringing a large Bowie or butcher knife to work despite Mr. Murray being warned it was not allowed in the workplace. Thus, Ollie's was aware of Mr. Murray's dangerous conduct but deliberately disregarded the foreseeable harm likely to result from that conduct.

42.     Ollie's actions in failing to exercise its duty to Mr. Guerrero by retaining an incompetent, unfit, racist, and dangerous employee was a proximate cause of the emotional distress suffered by Mr. Guerrero.

## CLAIMS FOR RELIEF

**WHEREUPON**, Mr. Guerrero respectfully requests this Honorable Court grant the following relief:

7

A.    An award of compensatory damages in favor of Mr. Guerrero and against Ollie's in an amount greater than $75,000;

B.    An award of punitive damages in favor of Mr. Guerrero and against Ollie's;

C.    An award of reasonable attorneys' fees and costs of suit in favor of Mr. Guerrero and against Ollie's; and

D.    Such other and further relief as the nature of Mr. Guerrero's cause may warrant.

ROBIN R. COCKEY, ESQUIRE
# 8011010072
ASHLEY A. BOSCHÉ, ESQUIRE
# 0712110076
Cockey, Brennan & Maloney, P.C.
313 Lemmon Hill Lane
Salisbury, MD 21801
410-546-1750
Fax:  410-546-1811
rrcesq@cbmlawfirm.com
bosche@cbmlawfirm.com
*Attorneys for Plaintiff*

8

**ALEXIS GUERRERO**
30234 Stoneybrooke Drive
Salisbury, MD 21804

     *Plaintiff,*

v.

**OLLIE'S BARGAIN OUTLET, INC.,**
6295 Allentown Boulevard, Suite 1
Harrisburg, PA 17112

  Serve: CSC-Lawyers Incorporating Service Co.
       7 St. Paul Street, Suite 820
       Baltimore, MD 21202

    *Defendant.*

**IN THE CIRCUIT COURT**

**FOR WICOMICO COUNTY**

**STATE OF MARYLAND**

**CASE NO.**_____

\* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>LINE</u>

Please enter the appearance of Robin R. Cockey, Esquire, Ashley A. Bosché, Esquire and

Cockey Brennan & Maloney, P.C. as attorneys for Plaintiff.  Please issue a summons and return it

to Plaintiff's counsel for service by private process.

ROBIN R. COCKEY, ESQUIRE
# 8011010072
ASHLEY A. BOSCHÉ, ESQUIRE
# 0712110076
Cockey, Brennan & Maloney, P.C.
313 Lemmon Hill Lane
Salisbury, MD 21801
410-546-1750
Fax: 410-546-1811
rrcesq@cbmlawfirm.com
bosche@cbmlawfirm.com
*Attorneys for Plaintiff*

IN THE CIRCUIT COURT FOR Wicomico County
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant:* You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

FORM FILED BY: ☒PLAINTIFF   ☐DEFENDANT   CASE NUMBER
(Clerk to insert)

CASE NAME: Alexis Guerrero                    vs. Ollie's Bargain Outlet, Inc.
           Plaintiff                               Defendant

PARTY'S NAME: Alexis Guerrero                 PHONE:

PARTY'S ADDRESS: 30234 Stoneybrooke Drive, Salisbury, MD 21804

PARTY'S E-MAIL:

**If represented by an attorney:**

PARTY'S ATTORNEY'S NAME: Cockey, Brennan & Maloney, P.C.   PHONE: 410-546-1750

PARTY'S ATTORNEY'S ADDRESS: 313 Lemmon Hill Lane, Salisbury, MD 21801

PARTY'S ATTORNEY'S E-MAIL: bosche@cbmlawfirm.com

**JURY DEMAND?** ☒Yes ☐No

**RELATED CASE PENDING?** ☐Yes ☒No If yes, Case #(s), if known:

**ANTICIPATED LENGTH OF TRIAL?:** _____ hours  2  days

### PLEADING TYPE

New Case: ☒Original       ☐Administrative Appeal   ☐ Appeal
Existing Case: ☐Post-Judgment   ☐Amendment
*If filing in an existing case, skip Case Category/ Subcategory section - go to Relief section.*

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint - DOB of Youngest Plt: _____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☒ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability
**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
☐ Commercial
☐ Residential
☐ Currency or Vehicle
☐ Deed of Trust
☐ Land Installments
☐ Lien
☐ Mortgage
☐ Right of Redemption
☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Workers' Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. - Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 04/2017)          Page 1 of 3

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☒ Court Costs/Fees
- ☒ Damages-Compensatory
- ☒ Damages-Punitive

- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory
- ☐ Judgment-Default

- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☐ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order
- ☐ Reinstatement of Employment

- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated **Liability** above*, mark one of the following.  This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐Liability is conceded.  ☐Liability is not conceded, but is not seriously in dispute.  ☐Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000        ☐ $10,000 - $30,000        ☐ $30,000 - $100,000        ☒ Over $100,000

☒ Medical Bills $_____        ☐ Wage Loss $_____        ☐ Property Damages $_____

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101?  (Check all that apply)

A. Mediation      ☒Yes   ☐No            C. Settlement Conference   ☒Yes   ☐No
B. Arbitration    ☐Yes   ☒No            D. Neutral Evaluation       ☐Yes   ☒No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.*                                 *(Case will be tracked accordingly)*

☐ 1/2 day of trial or less            ☐ 3 days of trial time

☐ 1 day of trial time                 ☐ More than 3 days of trial time

☒ 2 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited**- Trial within 7 months of            ☐ **Standard** - Trial within 18 months of
Defendant's response                                 Defendant's response

EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response ☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff...................................... . |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

6/30/22
Date

313 Lemmon Hill Lane
Address

Salisbury,          MD     21801
City                State   Zip Code

Signature of Counsel / Party

Robin R. Cockey, Esquire
Printed Name

**CC-DCM-002** (Rev. 04/2017)                    Page 3 of 3

**ALEXIS GUERRERO**                           *    **IN THE CIRCUIT COURT**
30234 Stoneybrooke Drive
Salisbury, MD 21804                           *    **FOR WICOMICO COUNTY**

                                             *    **STATE OF MARYLAND**

          *Plaintiff,*                        *    **CASE NO.**_____

**v.**                                        *

**OLLIE'S BARGAIN OUTLET, INC.,**             *
6295 Allentown Boulevard, Suite 1
Harrisburg, PA 17112                          *

   Serve:  CSC-Lawyers Incorporating Service Co.
           7 St. Paul Street, Suite 820       *
           Baltimore, MD 21202

          *Defendant.*                        *

*     *     *     *     *     *     *     *     *     *     *     *     *

## ELECTION OF JURY TRIAL

Plaintiff, through counsel, elects a trial by jury.

ROBIN R. COCKEY, ESQUIRE
# 8011010072
ASHLEY A. BOSCHÉ, ESQUIRE
# 0712110076
Cockey, Brennan & Maloney, P.C.
313 Lemmon Hill Lane
Salisbury, MD 21801
410-546-1750
Fax:  410-546-1811
rrcesq@cbmlawfirm.com
bosche@cbmlawfirm.com
*Attorneys for Plaintiff*

COCKEY, BRENNAN & MALONEY, P.C.
ATTORNEYS & COUNSELORS AT LAW

313 LEMMON HILL LANE
SALISBURY, MD 21801

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**



7020 1810 0001 7816 6057



FIRST-CLASS

US POSTAGE
$ 013.73⁰
02 1P
0001184434    JUL 08 2022
MAILED FROM ZIP CODE 21801

Ollie's Bargain Outlet, Inc.
c/o CSC-Lawyers Incorporating Service Co.
7 St. Paul Street
Suite 820
Baltimore, MD 21202