## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| ALEXIS GUERRERO, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:22-cv-02063-SAG |
| OLLIE'S BARGAIN OUTLET, INC., | ) |
| Defendant. | ) |

## DEFENDANT OLLIE'S BARGAIN OUTLET, INC.'S MOTION TO DISMISS

Defendant, Ollie's Bargain Outlet, Inc. ("Ollie's"), by and through its undersigned counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves to dismiss Plaintiff's Complaint. In support of its Motion, Ollie's states as follows:

1. On June 30, 2022, Plaintiff, Alexis Guerrero, initiated this lawsuit against Ollie's by filing his Complaint. The Complaint alleges that an Ollie's employee—Richard Murray—threatened him and used racial slurs at him while Plaintiff was shopping at the Ollie's location in Salisbury, Maryland.

2. Plaintiff asserts two causes of action in his Complaint: Count I—Negligent Supervision and Count II—Negligent Retention. Ollie's denies all of the allegations in Plaintiff's Complaint.

3. Initially, Count I and II are based on essentially the same facts, injuries, and allegations and are normally referred to as the same cause of action under Maryland common law. As such, Counts I and II of Plaintiff's Complaint should be consolidated.

4. In any event, the Court should dismiss both Counts because Plaintiff has not alleged, and cannot allege, that Ollie's had actual or constructive knowledge that the former Ollie's employee in question, Mr. Murray, would behave in a violent or racist manner towards Plaintiff, which is a critical element of proof for a claim of negligent supervision and/or retention. As such, his Complaint should be dismissed with prejudice.

5. Moreover, a claim against Ollie's for negligent supervision and/or retention must be predicated upon a common law tort committed by an Ollie's employee. Because Plaintiff has failed to allege any common law tort against Mr. Murray, Plaintiff's Complaint is inadequate as a matter of law and should be dismissed with prejudice.

6. Ollie's arguments and supporting legal authority for this Motion are set forth in the attached Memorandum of Law, filed contemporaneously herewith and incorporated herein by reference.

WHEREFORE, Defendant, Ollie's Bargain Outlet, Inc., respectfully requests that the Court enter the attached Order granting its Motion to Dismiss and dismissing Plaintiff's Complaint with prejudice and awarding it such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

/s/ Timothy M. Hurley
Timothy M. Hurley (Bar No. 28281)
Emmit F. Kellar (Bar No. 20734)
NELSON MULLINS RILEY & SCARBOROUGH LLP
100 S. Charles Street, Suite 1600
Baltimore, Maryland 21201
Phone: 443.392.9415
Fax:  410.392.9499
tim.hurley@nelsonmullins.com
emmit.kellar@nelsonmullins.com

*Attorneys for Defendant Ollie's Bargain Outlet, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of August 2022, a copy of Ollie's Bargain Outlet Inc.'s Motion to Dismiss, accompanying Memorandum of Law, and Proposed Order was electronically filed via CM/ECF and served on all counsel of record, pursuant to the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Maryland.

/s/ Timothy M. Hurley
Timothy M. Hurley